UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOSHUA MICHAEL HAVENS** | **CIVIL ACTION NO. 23-1255** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **MOREHOUSE PARISH SHERIFF'S OFFICE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Joshua Michael Havens' claims [Doc. Nos. 1, 12] are **DISMISSED WITHOUT PREJUDICE** to his right to prosecute the claims in his other pending proceeding. The claims are otherwise **DISMISSED WITH PREJUDICE** as duplicative, frivolous, and malicious.

MONROE, LOUISIANA, this 17th day of January 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**